```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 26593
     FRANCES MILLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-2326

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/16/2004 and was confirmed 10/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED              900.00         17.93          900.00
HSBC AUTO FINANCE          UNSECURED           7295.35           .00          729.54
AMERICAN GENERAL FINANCE   UNSECURED          NOT FILED          .00             .00
AMERICASH LOANS LLC        UNSECURED            297.43           .00           29.74
CINGULAR                   UNSECURED          NOT FILED          .00             .00
DIRECT MERCHANTS BANK      UNSECURED          NOT FILED          .00             .00
DIRECT MERCHANTS BANK      NOTICE ONLY        NOT FILED          .00             .00
CASH TO GO                 UNSECURED            293.00           .00           29.30
ILLINOIS COLLECTION SERV   UNSECURED          NOT FILED          .00             .00
ILLINOIS COLLEGE OF OPTO   UNSECURED          NOT FILED          .00             .00
ROUNDUP FUNDING LLC        UNSECURED           2407.58           .00          240.76
NATIONAL QUIK CASH         UNSECURED          NOT FILED          .00             .00
ONE IRON VENTURES          UNSECURED          NOT FILED          .00             .00
ONE IRON VENTURES          UNSECURED          NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED           1747.94           .00          174.79
RETAIL AGENT               UNSECURED          NOT FILED          .00             .00
ST FRANCIS HOSPITAL HEAL   UNSECURED          NOT FILED          .00             .00
ST FRANCIS HOSITAL         NOTICE ONLY        NOT FILED          .00             .00
ST FRANCIS HOSPITAL HEAL   UNSECURED          NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED             450.00          .00           45.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,005.20                       2,005.20
TOM VAUGHN                 TRUSTEE                                             257.74
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  4,430.00

PRIORITY                                            .00
SECURED                                          900.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 26593 FRANCES MILLER
```

```
     INTEREST                                                    17.93
UNSECURED                                                     1,249.13
ADMINISTRATIVE                                                2,005.20
TRUSTEE COMPENSATION                                            257.74
DEBTOR REFUND                                                      .00
                                     ----------------   ----------------
TOTALS                                       4,430.00           4,430.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 06/26/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```